cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WRIGHT, individually and on behalf of a class of similarly situated persons,<br><br>　　　　　　　Plaintiff,<br>v.<br>GENERAL MOTORS ACCEPTANCE CORPORATION, a business entity form unknown,<br><br>　　　　　　　Defendants. | Civil No.09cv2666 JM (AJB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>[Doc. No. 10.] |

Pursuant to the Joint Motion submitted by defendant GMAC Inc. and plaintiff Roderick Wright in the above-entitled action, and good cause appearing, IT IS HEREBY ORDERED that the ENE shall be continued from January 25, 2010 to **February 23, 2010 at 10:00 a.m.** Wright's settlement brief shall be due 14 days before the new ENE date, and GMAC's brief shall be due 6 days before the new ENE date. It is further ordered that plaintiff may attend the ENE by phone.

IT IS SO ORDERED.

DATED: January 14, 2010

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court