JOHN B. SULLIVAN (State Bar No. 96742)
MARK D. LONERGAN (State Bar No. 143622)
REGINA J. McCLENDON (State Bar No. 184669)
ERIK KEMP (State Bar No. 246196)
ek@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
Ally Financial Inc., formerly known as
GMAC Inc. (incorrectly sued here as
"General Motors Acceptance Corporation")

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WRIGHT, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS ACCEPTANCE CORPORATION, a business entity form unknown, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 09-cv-02666 JM-AJB<br><br>**CLASS ACTION**<br><br>**STATEMENT OF RECENT DECISION IN SUPPORT OF ALLY FINANCIAL'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Courtroom:   16<br>Judge:          Hon. Jeffrey T. Miller |

Defendant Ally Financial, Inc. requests that the Court consider the attached recent decision, *Bankston v. Americredit Fin'l Services, Inc.*, 2011 WL 89730 ** 4-8 (N.D. Cal. 2011), in deciding Plaintiff's motion for class certification.  The cited portions of the *Bankston* decision support the arguments advanced on pages 10-13 and 23-24 of Ally's opposition to plaintiff's

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

motion. The *Bankston* decision was issued on January 10, 2011, after Ally filed its opposition to the motion on December 30, 2010, and is attached hereto as Exhibit A.

DATED: January 14, 2011             SEVERSON & WERSON
                                    A Professional Corporation


                                    By:   /s/   *Erik Kemp*
                                              Erik Kemp

                                    Attorneys for Defendant
                                    Ally Financial Inc.

                                    E-mail: ek@severson.com

- 2 -